UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00092

———

**Kenneth Huston,**
*Plaintiff,*

v.

**Unknown McNeil et al.,**
*Defendants.*

———

**ORDER**

Plaintiff Kenneth Huston, an inmate proceeding pro se, filed this civil rights lawsuit. Doc. 1. The case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b).

The magistrate judge issued a report and recommendation that the court grant defendant Pierson's amended motion to dismiss (Doc. 18), grant defendant McNeil's motion to dismiss (Doc. 27), and dismiss plaintiff's claims with prejudice for failure to state a claim upon which relief may be granted. Doc. 28 at 17.

Plaintiff acknowledged receipt of that report and recommendation on June 13, 2025. Doc. 29. Plaintiff did not file objections. The time for doing so has passed. *See U.S. Bank Trust N.A. v. Walden*, 124 F.4th 314, 320 (5th Cir. 2024) ("Under Federal Rule of Civil Procedure 72, a party has 14 days to file objections to the proposed findings and recommendations of the magistrate judge.").

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Having reviewed the magistrate judge's report and being satisfied it contains no clear error, the court accepts its findings and

recommendations. Defendant Pierson and defendant McNeil's motions to dismiss (Docs. 18, 27) are granted. Plaintiff's claims are dismissed with prejudice for the failure to state a claim upon which relief may be granted. Any pending motions are denied as moot.

*So ordered by the court on August 19, 2025.*

J. CAMPBELL BARKER
United States District Judge